# United States District Court Violation Notice

| | | |
|---|---|---|
| CVB Location Code | MD 81 | |
| Violation Number | Officer Name (Print) | Officer No. |
| 6123339 | WHITE G | W8293 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☐ State Code |
|---|---|
| 10-01-2016 | 18 USC SEC 13 / 21-801/MTA |

Place of Offense: ROCKENBACH RD & 3rd CAV

Offense Description: Factual Basis for Charge: EXCEEDING SPEED LIMIT 40/25 MPH ZONE

HAZMAT ☐

## DEFENDANT INFORMATION

Last Name: POSOBIEC III
First Name: JOHN
M.I.: M

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 896189T | MD | 16 | FORD | | BLK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 90.00 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 120.00 Total Collateral Due

### YOUR COURT DATE

Court Address: TBA
Date: TBA

X Defendant Signature: X [signature]

(Rev. 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10-01-, 2016 while exercising my duties as a law enforcement officer in the FT MEADE District of MARYLAND

AT THE LISTED DATE AND TIME I (OFC WHITE PATROL 2-5) OBSERVED THE LISTED VEHICLE TRAVELING ON ROCKENBACH RD ADJ. TO 3RD CAV RD AT A HIGH RATE OF SPEED. I ACTIVATED MY RADAR( SN #LF06177 AS THE LISTED VEHICLE ENTERED THE INFLUENCE OF THE RADAR IT SHOWED THE RATE OF SPEED TO BE 40 MPH IN A CLEARLY POSTED 25 MPH ZONE. I ACTIVATED MY EMERGENCY EQUIPMENT AND CONDUCTED A TRAFFIC STOP. I IDENTIFIED THE OPERATOR AS POSOBICE JOHN M BY THE DEFENDANTS DRIVERS LICENSE. THE DEFENDANT WAS UNDERSTANDING AND COOPERATIVE.

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10-01-2016   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident