# United States District Court
## Violation Notice

**CVB Location Code:** MD 81

**Violation Number:** 6123339
**Officer Name (Print):** WHITE G
**Officer No.:** W8293

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 10-01-2016
**Offense Charged:** ☐ CFR ☒ USC ☐ State Code — 18 USC SEC 13 / 21-801.1 MTA

**Place of Offense:** ROCKENBACH RD & 3rd CAV

**Offense Description: Factual Basis for Charge:** EXCEEDING SPEED LIMIT 40/25 MPH ZONE

HAZMAT ☐

### DEFENDANT INFORMATION

**Last Name:** POSOBIEC III
**First Name:** JOHN
**M.I.:** M

**Street Address:** [redacted]

**Tag No.:** 896189T
**State:** MD
**Year:** 16
**Make/Model:** FORD
**PASS** ☐
**Color:** BLK

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 90.00 Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $ 120.00 Total Collateral Due

### YOUR COURT DATE

**Court Address:** TBA
**Date:** TBA
**Time:** TBA

X Defendant Signature X [signature]
(Rev. 03/2015)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10-01-, 2016 while exercising my duties as a law enforcement officer in the FT MEADE District of MARYLAND

AT THE LISTED DATE AND TIME I (OFC WHITE PATROL 2-5) OBSERVED THE LISTED VEHICLE TRAVELING ON ROCKENBACH RD ADJ. TO 3RD CAV RD AT A HIGH RATE OF SPEED. I ACTIVATED MY RADAR (SN #LF06177) AS THE LISTED VEHICLE ENTERED THE INFLUENCE OF THE RADAR IT SHOWED THE RATE OF SPEED TO BE 40 MPH IN A CLEARLY POSTED 25 MPH ZONE. I ACTIVATED MY EMERGENCY EQUIPMENT AND CONDUCTED A TRAFFIC STOP. I IDENTIFIED THE OPERATOR AS POSOBICE JOHN M BY THE DEFENDANTS DRIVERS LICENSE. THE DEFENDANT WAS UNDERSTANDING AND COOPERATIVE.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10-01-2016   [signature] Gary White
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident